IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CLEARLINE TECHNOLOGIES LTD. § § *Plaintiff*, § § v. § § COOPER B-LINE, INC. § COOPER INDUSTRIES PLC. and § COOPER TECHNOLOGIES § COMPANY, § § *Defendants*. | No. 4:11-cv-1420 JURY DEMANDED |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

Plaintiff Clearline Technologies Ltd. hereby discloses that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of the case:

Neil Krovats

Dated:  April 28, 2011                    Respectfully submitted,


                        By: /s/ Robert D. Katz
                             Robert D. Katz
                             *Attorney-in-Charge*
                             rkatz@pattonroberts.com
                             State Bar No. 24057936
                             Jon B. Hyland
                             (Admission Pending)
                             jhyland@pattonroberts.com
                             State Bar No.  24046131
                             PATTON ROBERTS, PLLC
                             901 Main St., Suite 3300
                             Dallas, Texas  75202
                             Telephone:  214-580-3825
                             Facsimile:  903-334-7007

                             Attorneys for Plaintiff
                             Clearline Technologies Ltd.