IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CLEARLINE TECHNOLOGIES LTD. § | |
| § | |
| Plaintiff, § | |
| § | No. 4:11-cv-1420 |
| v. § | |
| § | JURY DEMANDED |
| COOPER B-LINE, INC. § | |
| COOPER INDUSTRIES PLC, and § | |
| COOPER TECHNOLOGIES § | |
| COMPANY, § | |
| Defendants. § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants Cooper B-Line, Inc., Cooper Industries plc, and Cooper Technologies Company certify that the following is a list of all persons and entities that are financially interested in the outcome of this litigation:

Clearline Technologies Ltd.
1149 St. Matthews
Winnipeg, MB Canada R3G 0J8

Cooper B-Line, Inc.
509 West Monroe Street
Highland, Illinois 62249

Cooper Industries plc
5 Fitzwilliam Square
Dublin 2 Ireland

Cooper Technologies Company
600 Travis Street
Suite 5600
Houston, Texas 77002

Defendants also certify that more than ten percent of the stock of Cooper B-Line, Inc. and Cooper Technologies Company is owned by Cooper US, Inc., formerly Cooper Industries, Inc.

Respectfully submitted,

/s/
Robin L. Harrison
Attorney-in-Charge
State Bar No. 09120700
Southern District No. 4556
CAMPBELL HARRISON & DAGLEY L.L.P.
4000 Two Houston Center
909 Fannin Street
Houston, TX  77010
(713) 752-2332
(713) 752-2330 (fax)

ATTORNEYS FOR DEFENDANTS

Of Counsel:

John L. Dagley
State Bar No. 05310050
Southern District No. 12729
CAMPBELL HARRISON & DAGLEY L.L.P.
4000 Two Houston Center
909 Fannin Street
Houston, TX  77010
(713) 752-2332
(713) 752-2330 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2011, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all counsel of record, each of whom have consented in writing to accept the notice as service of this document by electronic means.

/s/
Robin L. Harrison