UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLEARLINE TECHNOLOGIES LTD., § § § Plaintiff, § VS. § COOPER B-LINE, INC., *et al*, § § Defendants. § § § | CIVIL ACTION NO. H-11-1420 |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: **5** Days     Jury: ✓   Non-Jury: ____

1. NEW PARTIES shall be joined by:
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.
   
   *August 1, 2011*

2. EXPERT WITNESSES for the ~~PLAINTIFF~~ will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:
   
   *PARTY WITH THE BURDEN OF PROOF ON AN ISSUE*
   *DECEMBER 16, 2011 - DESIGNATION*
   *JANUARY 16, 2012 - REPORT*

3. EXPERT WITNESSES for the ~~DEFENDANT~~ will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:
   
   *PARTY WITHOUT THE BURDEN OF PROOF ON AN ISSUE*
   *JANUARY 16, 2012 - DESIGNATION*
   *FEBRUARY 16, 2012 - REPORT*

4. DISCOVERY must be completed by:
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.
   
   *MARCH 29, 2012*

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by:
   
   4/16/2012
   (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* (The Court will fill in this date)
   
   7/9/2012
   (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.
   
   7/16/2012
   (15 Months from the date case filed)

_24 June 2011_
Date

_Keith P. Ellison_
United States District Judge

|  6-22-11 | _[signature]_ |
|---|---|
| Date | Counsel for Plaintiff(s) |

|  6-22-11 | _[signature]_ |
|---|---|
| Date | Counsel for Defendant(s) |