UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLEARLINE TECHNOLOGIES LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-1420 |
| COOPER B-LINE, INC., et al., | § § § | |
| Defendants. | § | |

## ORDER

Defendant filed Motions to Dismiss (Doc. Nos. 9, 10) on May 19, 2011. Plaintiff has since filed an amended complaint, with leave of the Court. (Doc. No. 20.) The First Amended Complaint (Doc. No. 17) is now the operative pleading in this case, so the motions to dismiss are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

SIGNED this 13th day of July, 2011.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1