UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CLEARLINE TECHNOLOGIES LTD.,** | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 4:11-cv-1420 |
| **v.** | § § | |
| **COOPER B-LINE, INC.,** | § § § | |
| *Defendant.* | | |

## FINAL JUDGMENT

Jury trial in this case began October 1, 2012. The Jury returned a verdict on October 5, 2012. It is hereby **ORDERED** that Plaintiff, Clearline Technologies Ltd, recover from Defendant, Cooper B-Line, Inc., the amount of $5,860,000.00, with prejudgment interest in the amount of $334,638.83, and costs of court in the amount of $33,500.00. Postjudgment interest shall accrue at 0.11%, the statutory rate, from the date of the entry of this Judgment until paid. This is a final judgment pursuant to Federal Rule of Civil Procedure 58(a).

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the twenty-ninth day of April, 2014.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE