# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CLEARLINE TECHNOLOGIES LTD.,** | § § § § § § § § § § § § § | |
| *Plaintiff,* | | No. 4:11-CV-01420 |
| v. | | |
| **COOPER B-LINE, INC.,** | | |
| *Defendant.* | | |

## AGREED AND JOINT MOTION FOR RELIEF FROM JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(B)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Clearline Technologies Ltd. and Cooper B-Line, Inc. file this agreed and joint motion for relief from the final judgment signed on April 29, 2014 (Doc. 218).

1. On April 29, 2014, this Court signed a final judgment. (Doc. 218).

2. Following Cooper B-Line's appeal of the final judgment and Clearline's cross-appeal, Clearline and Cooper B-Line have reached a mutual release and settlement of all claims existing between them, and Clearline has released Cooper B-Line from any obligation on, under, or arising out of this Court's final judgment.

3. The parties have filed a separate motion to release the supersedeas bond filed by Cooper B-Line and approved by this Court.

46401_2

4. Federal Rule of Civil Procedure 60(b) provides that, on motion and just terms, the court may relieve a party from a final judgment when the judgment has been released or discharged and/or for any other reason that justifies relief. FED. R. CIV. P. 60(b)(5) & (6).

5. Because the parties have settled their dispute and Clearline has released Cooper from any obligation under the final judgment (Doc. 218), Clearline and Cooper together ask this Court to grant relief under Rule 60(b) and to vacate the final judgment as to Cooper B-Line, Inc.

**PRAYER**

Clearline Technologies, Ltd. and Cooper B-Line, Inc. ask the Court to grant this motion and to vacate the final judgment as to Cooper B-Line, Inc. Clearline Technologies, Ltd. and Cooper B-Line, Inc. also ask for any and all further relief to which they may be entitled.

Respectfully submitted,

By: */s/ Martin E. Rose*
    Martin E. Rose
    State Bar No. 17253100
    mrose@rosewalker.com
    Christopher M. McDowell
    State Bar No. 24002571
    cmcdowell@rosewalker.com
ROSE WALKER, LLP
3500 Maple Ave., Ste. 900
Dallas, Texas 75219
214.752.8600–telephone
214.752.8700–facsimile

    Robert D. Katz
    State Bar No. 24057936
    rkatz@katzlawpllc.com
KATZ PLLC
6060 N. Central Expwy, Ste. 560
Dallas, Texas 75206
469.278.5999–telephone
888.231.5775–facsimile

ATTORNEYS FOR CLEARLINE
TECHNOLOGIES, LTD.

By: */s/ Richard P. Hogan, Jr.*
    Richard P. Hogan, Jr.
    State Bar No. 09802010
    rhogan@hoganfirm.com
    Jennifer Bruch Hogan
    State Bar No. 03239100
    jhogan@hoganfirm.com
    James C. Marrow
    State Bar No. 24013103
    jmarrow@hoganfirm.com
HOGAN & HOGAN
711 Louisiana, Ste. 500
Houston, Texas 77002
713.222.8800–telephone
713.222.8810–facsimile

    John L. Dagley
    State Bar No. 05310050
    jdagley@chd-law.com
    Robin L. Harrison
    State Bar No. 09120700
    rharrison@chd-law.com
CAMPBELL HARRISON
& DAGLEY, LLP
909 Fannin, Ste. 4000
Houston, Texas 77010
713.752.2332–telephone
713.752.2330–facsimile

    Mitchell C. Chaney
    State Bar No. 04107500
    mc.chaney@rcclaw.com
COLVIN CHANEY SAENZ
& RODRIGUEZ, LLP
P.O. Box 2155
Brownsville, Texas 78522
956.542.7441–telephone
956.541.2170–facsimile

ATTORNEYS FOR COOPER B-LINE, INC.

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was filed with the Court's ECF system and was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System for the Southern District of Texas.

Counsel for Clearline Technologies, Ltd.:

| | |
|---|---|
| Martin E. Rose | Robert D. Katz |
| Christopher M. McDowell | KATZ PLLC |
| ROSE WALKER, LLP | 6060 N. Central Expwy, Ste. 560 |
| 3500 Maple Ave., Ste. 900 | Dallas, Texas 75206 |
| Dallas, Texas 75219 | *Via ECF* |
| *Via ECF* | |

*/s/ Richard P. Hogan, Jr.*
Richard P. Hogan, Jr.
Dated: July 15, 2015