IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| CLEARLINE TECHNOLOGIES LTD., | § § § § | |
|---|---|---|
| Plaintiff, | § § | No. 4:11-CV-01420 |
| v. | § § | |
| COOPER B-LINE, INC., | § § § | |
| Defendant. | § § | |

## ORDER GRANTING AGREED AND JOINT MOTION FOR RELIEF FROM THE FINAL JUDGMENT SIGNED ON APRIL 29, 2014

The Court has considered the Agreed and Joint Motion for Relief from the Final Judgment Signed on April 29, 2014. The Court has determined that the motion should be granted and the final judgment should be set aside and vacated.

It is, therefore, ORDERED and ADJUDGED that the Agreed and Joint Motion for Relief from the Final Judgment Signed on April 29, 2014 is hereby GRANTED.

It is FURTHER ORDERED that the Final Judgment Signed On April 29, 2014 is hereby VACATED and set aside.

Signed this 15th day of July, 2015, in Houston, Texas.

HON. KEITH ELLISON,
UNITED STATES DISTRICT JUDGE,
Presiding

46847_1